# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

### 2026 ND 77

Steven Allen Garcia,                                      Petitioner and Appellant

    v.

State of North Dakota,                                   Respondent and Appellee

### No. 20250418

Appeal from the District Court of Cass County, East Central Judicial District, the Honorable Wade L. Webb, Judge.

AFFIRMED.

Per Curiam.

Kiara C. Kraus-Parr, Grand Forks, ND, for petitioner and appellant.

Connor Haworth (argued), under the Rule on Limited Practice of Law by Law Students, and Nicholas S. Samuelson (appeared), Assistant State's Attorney, Fargo, ND, for respondent and appellee.

**Garcia v. State**
No. 20250418

**Per Curiam.**

[¶1]   Steven Garcia appeals from a judgment dismissing his application for postconviction relief. The district court summarily dismissed the application on the grounds that it was untimely and barred by the statute of limitations. Garcia claims his application falls within an exception to the two-year statute of limitations for a new interpretation of law retroactively applicable to his case under N.D.C.C. § 29-32.1-01(3)(a)(3).

[¶2]   We have reviewed the record to determine whether there are any genuine issues of material fact regarding the untimely application and whether the application fell within an exception to the two-year statute of limitations. *See Redpaint v. State*, 2023 ND 136, ¶ 4, 993 N.W.2d 511 (setting forth the standard of review for a summary dismissal of an application for postconviction relief). We conclude there are no genuine issues of material fact and summarily affirm under N.D.R.App.P. 35.1(a)(2).

[¶3]   Lisa Fair McEvers, C.J.
Jerod E. Tufte
Jon J. Jensen
Douglas A. Bahr
Mark A. Friese